# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| TERRENCE DUJUAN MANN, | Civil No. 21-418 (JRT/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| WILLIAM BOLIN, | |
| Respondent. | |

Terrance Dujuan Mann, ADDRESS UNKNOWN, *pro se* petitioner.

Linda M Freyer, **HENNEPIN COUNTY ATTORNEY'S OFFICE,** 300 South 6th Street, Suite C-2000, Minneapolis, MN 55487, for respondent.

United States Magistrate Judge David T. Schultz filed a Report and Recommendation on March 21, 2022. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

    1.    Terrence Dujuan Mann's Petition for a Writ of Habeas Corpus [Dkt. No. 1] is **DENIED**.

2. This action is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 6, 2022
at Minneapolis, Minnesota

                                                              s/John R. Tunheim_____
                                                              JOHN R. TUNHEIM
                                                              Chief Judge
                                                              United States District Court